## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOE HAND PROMOTIONS, INC.                                                                                   PLAINTIFF

v.                                           NO. 4:14CV00059 JLH

BRIAN BYRUM, individually and
d/b/a Galla Creek Country Club;
GALLA CREEK COUNTRY CLUB,
INC.; and DOE CORPORATION, an
unknown business entity d/b/a
Galla Creek Country Club                                                                                    DEFENDANTS

### ORDER OF DISMISSAL

Having been notified by plaintiff's counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 24th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE